UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASON E. HOBER | : |
| | : |
| Plaintiff, | : Civil Action |
| | : |
| vs. | : DOCKET NO.: |
| | : |
| WAL-MART STORES INC., and NATIONAL KEYSTONE PROPERTIES, LLP, JOHN DOES 1-5 (FICTITIOUS NAMES), ABC PARTNERSHIPS 1-5 (FICTITIOUS NAMES), ABC COMPANIES 1-5 (FICTITIOUS NAMES) AND ABC CORPORATIONS 1-5 (FICTITIOUS NAMES) | : |
| | : **JURY TRIAL DEMANDED** |
| Defendants, | : |

### DISCLOSURE STATEMENT FORM

The undersigned counsel for Defendant, Wal-Mart Stores, Inc., certifies that this party is a non-governmental corporate party and that:

✓     This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here: <u>Wal-Mart Stores, Inc.</u>

# OR

☐     This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

1/11/2011
Date

_____
Signature of Attorney
John M. McConnell, Esq.
Counsel for Defendant, Wal-Mart Stores Inc.